UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: 6025705 |
| ROSE LAVENTURE-AUBOURG | : | ORDER OF DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, dismisses Violation No. 6025705 against defendant Rose Laventure-Aubourg, which was issued on or about August 14, 2017, assault by striking, in violation of 18 U.S.C. § 113(a)(4) for the reason that prosecution of defendant Rose Laventure-Aubourg is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Rose Laventure-Aubourg of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_Craig Carpenito / omw_
CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 5/31/18